

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

TSL Four Suns Construction, LLC,        * From the 91st District
Court of Eastland County,
Trial Court No. CV-1242506.

Vs. No. 11-13-00156-CV        * July 30, 2015

Eagle Remediation Services, Inc.,        * Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.   The costs incurred by reason of this appeal are taxed against TSL Four Suns Construction, LLC.